SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
DAVID M. HARRIS
Assistant United States Attorney
California State Bar No. 145173
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8817
    Facsimile: (213) 894-7819
    E-mail: David.M.Harris@usdoj.gov

Attorneys for the
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA *ex rel.* BILLY PURELY GILL,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALBERTSONS, INC.,<br><br>    Defendant. | No. EDCV15-449-CAS(KKx)<br><br>[~~PROPOSED~~] ORDER TO DISMISS ACTION<br><br>[FILED CONCURRENTLY: UNITED STATES' NOTICE OF CONSENT TO DISMISSAL] |

| | |
|---|---|
| 1 | Relator Billy Purely Gill, having requested, pursuant to Rule 41(a)(1)(A)(i) of the |
| 2 | Federal Rules of Civil Procedure, that the above-captioned action ("this action") be |
| 3 | dismissed without prejudice; the United States of America and the State of California |
| 4 | having consented, in the interests of justice, to such dismissal without prejudice, |
| 5 | IT IS HEREBY ORDERED THAT this action is dismissed without prejudice. |

Dated: May 26, 2017

_____
UNITED STATES DISTRICT JUDGE